UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>WILLIAM A. HELM | No. 20 CR 141<br><br>Judge Elaine E. Bucklo |

## JOINT STATUS REPORT

On March 5, 2020, a Grand Jury returned an indictment charging defendant with one count of bribery, in violation of 18 U.S.C. § 666. (R. 1, Indictment.) Defendant pled not guilty on March 10, 2020, and has been on bond. (R. 9, 3/10/20 Minute Order.)

The parties anticipate that this case will be resolved without a trial, and the parties request a status hearing on or after August 17, 2020. Defendant agrees to the exclusion of time until the next hearing to allow the defense to review discovery that has been provided by the government.

Date: June 19, 2020

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   /s *Christopher J. Stetler*                /s *Timothy M. Grace*
       CHRISTOPHER J. STETLER           TIMOTHY M. GRACE
       JAMES P. DURKIN                       Gottreich Grace & Thompson
       Assistant United States Attorneys     311 West Superior
       United States Attorney's Office         Suite 215
       219 South Dearborn Street, Fifth Floor    Chicago, Illinois 60654
       Chicago, Illinois 60604                 (312) 943-0600
       (312) 353-7602