UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>WILLIAM A. HELM | No. 20 CR 141<br><br>Judge Elaine E. Bucklo |

## JOINT STATUS REPORT

On March 5, 2020, a Grand Jury returned an indictment charging defendant with one count of bribery, in violation of 18 U.S.C. § 666. (R. 1, Indictment.) Defendant pled not guilty on March 10, 2020, and has been on bond. (R. 9, 3/10/20 Minute Order.)

The parties anticipate that this case will be resolved without a trial, and the parties request a status hearing on or after January 25, 2021. Defendant agrees to the exclusion of time until the next hearing to allow the defense to review discovery and to negotiate a plea agreement.

Date: November 30, 2020

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:    /s *Christopher J. Stetler*        /s *Timothy M. Grace*
        CHRISTOPHER J. STETLER        TIMOTHY M. GRACE
        JAMES P. DURKIN                        Gottreich Grace & Thompson
        Assistant United States Attorneys    311 West Superior
        United States Attorney's Office      Suite 215
        219 South Dearborn Street, Fifth Floor    Chicago, Illinois 60654
        Chicago, Illinois 60604                (312) 943-0600
        (312) 353-7602