UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>WILLIAM A. HELM | No. 20 CR 141<br><br>Judge Elaine E. Bucklo |

## JOINT STATUS REPORT

On March 5, 2020, a Grand Jury returned an indictment charging defendant with one count of bribery, in violation of 18 U.S.C. § 666. (R. 1, Indictment.) Defendant pled not guilty on March 10, 2020, and has been on bond. (R. 9, 3/10/20 Minute Order.)

The parties anticipate that this case will be resolved without a trial, and the parties request a status hearing on or after March 26, 2021. Defendant agrees to the exclusion of time until the next hearing to allow the defense to review discovery and to negotiate a plea agreement.

Date: January 22, 2021

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   /s *Christopher J. Stetler*                /s *Timothy M. Grace*
       CHRISTOPHER J. STETLER            TIMOTHY M. GRACE
       JAMES P. DURKIN                        Gottreich Grace & Thompson
       Assistant United States Attorneys     311 West Superior
       United States Attorney's Office         Suite 215
       219 South Dearborn Street, Fifth Floor   Chicago, Illinois 60654
       Chicago, Illinois 60604                 (312) 943-0600
       (312) 353-7602