UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>WILLIAM A. HELM | No. 20 CR 141<br><br>Judge Elaine E. Bucklo |

## JOINT STATUS REPORT

On March 5, 2020, a Grand Jury returned an indictment charging defendant with one count of bribery, in violation of 18 U.S.C. § 666. (R. 1, Indictment.) Defendant pled not guilty on March 10, 2020, and has been on bond. (R. 9, 3/10/20 Minute Order.)

The parties anticipate that this case will be resolved without a trial, and the parties request a status hearing on or after May 28, 2021. Defendant agrees to the exclusion of time until the next hearing to allow the defense to review discovery and to negotiate a plea agreement.

Date: March 23, 2021

　　Respectfully submitted,

　　JOHN R. LAUSCH, JR.
　　United States Attorney

By:　/s *Christopher J. Stetler*　　　　　　/s *Timothy M. Grace*
　　CHRISTOPHER J. STETLER　　　　TIMOTHY M. GRACE
　　JAMES P. DURKIN　　　　　　　　Gottreich Grace & Thompson
　　Assistant United States Attorneys　311 West Superior
　　United States Attorney's Office　　Suite 215
　　219 South Dearborn Street, Fifth Floor　Chicago, Illinois 60654
　　Chicago, Illinois 60604　　　　　(312) 943-0600
　　(312) 353-7602